IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                                    CASE NO. 08-CV-1028

NANCY C. OUTLAW, et al.,                                              DEFENDANTS

## ORDER

  Before the Court is Plaintiff United States of America's Motion to Dismiss. (Doc. No. 4). In the motion, Plaintiff states that the pending action has been settled as to all parties and requests that the action be dismissed. Upon consideration, the Court finds that the motion should be and hereby is **granted**. Accordingly, the above styled and numbered cause of action is hereby dismissed with prejudice.

  IT IS SO ORDERED, this 3rd day of November, 2008.

                   /s/Harry F. Barnes
                   Hon. Harry F. Barnes
                   United States District Judge